UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Cranston Services, LLC,<br>On behalf of itself and all others, so similarly situated,<br>　　Plaintiff,<br><br>　　v.<br><br>Velocity Commercial Capital, LLC,<br>U.S. Bank, National Association, as Indenture Trustee for VCC 2022-MC1 Trust,<br>　　Defendant. | C.A. No. 1:23-cv-00273-MSM-PAS |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment entered in accordance with the Order of 6/18/2024.

　　　　　　　　　　　　　　　　　　Enter:

　　　　　　　　　　　　　　　　　　/s/ Carrie L. Potter
　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated: 6/18/2024